CLIFFORD STROKE, Respondent, v KAREN STROKE, Appellant. [724 NYS2d 391] —Order unanimously reversed on the law without costs, motion granted and complaint dismissed. Memorandum: Supreme Court erred in denying defendant's motion seeking dismissal of the complaint for failure to state a cause of action for divorce on the ground of cruel and inhuman treatment (see, CPLR 3211 [a] [7]; Domestic Relations Law § 170 [1]). "Accepting as true the factual allegations of the complaint * * * there is no reasonable view of the facts which supports such a cause of action" (*Breen v Breen,* 272 AD2d 425, 426; *cf., Vestal v Vestal,* 273 AD2d 461, 462). A plaintiff seeking a divorce on the ground of cruel and inhuman treatment "must show serious misconduct, and not mere incompatibility" (*Brady v Brady,* 64 NY2d 339, 343), particularly where, as here, a marriage of long duration is involved (see, *Brady v Brady, supra,* at 344-345; *Van Vlack v Van Vlack,* 233 AD2d 895). Although allegations of physical violence are not necessary and misconduct consisting of verbal and mental abuse may suffice (see, *Vaiana v Vaiana,* 272 AD2d 916, 917), the conduct alleged herein does not constitute the requisite "calculated cruelty" that would render cohabitation unsafe or improper (*Feeney v Feeney,* 241 AD2d 510). "The record establishes, at best, 'strained, unpleasant relations and incompatibility', which is not sufficient to support a finding of cruel and inhuman treatment in a long-term marriage" (*Wikiera v Wikiera,* 233 AD2d 896). (Appeal from Order of Supreme Court, Wyoming County, Notaro, J.—Dismiss Pleading.) Present— Pigott, Jr., P. J., Wisner, Scudder, Kehoe and Burns, JJ.